JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. CROCKETT,<br><br>               Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.; NORTHWEST TRUSTEE SERVICES INC.; and DOES 1-50,<br><br>               Defendants. | Case No.<br>EDCV 13-0396 JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 17, 2013

                                                 JESUS G. BERNAL
                                  United States District Judge